■ VINCENT J. COONS, Respondent, v PREMIER PARKS, INC., et al., Appellants. [32 NYS3d 546]—Appeal from an order of the Supreme Court, Livingston County (Robert B. Wiggins, A.J.),

dated November 26, 2014. The order denied the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Curran, JJ.